# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| TERRI L. CLINKENBEARD,<br>    Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security Administration,<br>    Defendant. | No. 04-6107-CV-SJ-DW |

## ORDER

Before the Court is Plaintiff's motion for leave to voluntarily dismiss the complaint. (Doc. No. 18.) Defendant does not oppose the motion. For good cause shown, the Court grants the motion and dismisses the above-styled action without prejudice.

IT IS SO ORDERED.

                /s/ DEAN WHIPPLE
                Dean Whipple
                United States District Court

Date: July 8, 2005